# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 14-1314
## consolidated with
## 14-1310, 14-1311, 14-1312, and 14-1313


**LIONEL THIBODEAUX ON BEHALF OF**
**RUTH THIBODEAUX AND ERNEST THIBODEAUX**

**VERSUS**

**UNION PACIFIC CORPORATION, ET AL.**


**\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2003-1107
HONORABLE ROBERT L. WYATT, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

## PHYLLIS M. KEATY
## JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of John D. Saunders, James T. Genovese, and Phyllis M. Keaty, Judges.


**AFFIRMED.**

**J. Arthur Smith, III**
**Smith Law Firm**
**830 North Street**
**Baton Rouge, Louisiana 70802**
**(225) 383-7716**
**Counsel for Plaintiffs/Appellants:**
**Gloria M. Ned, et al.**

**Leonard Knapp**
**Attorney at Law**
**Post Office Box 1665**
**Lake Charles, Louisiana 70602**
**(337) 439-1700**
**Counsel for Plaintiffs/Appellants:**
**Gloria M. Ned, et al.**

**Brian Crawford**
**Crawford & Ogg**
**Post Office Box 14600**
**Monroe, Louisiana 71207**
**(318) 325-3200**
**Counsel for Plaintiffs/Appellants:**
**Gloria M. Ned, et al.**

**David A. Fraser**
**Pamela L. Courtney**
**Fraser, Wheeler & Bergstedt, L.L.P.**
**Post Office Box 4886**
**Lake Charles, Louisiana 70606**
**(337) 478-8595**
**Counsel for Defendants/Appellees:**
**Union Pacific Corporation**
**Dallas Stutes**

**H. Alston Johnson, III**
**Steven J. Levine**
**Kevin W. Welsh**
**Phelps Dunbar LLP**
**Post Office Box 4412**
**Baton Rouge, Louisiana 70821-4412**
**(225) 346-0285**
**Counsel for Defendants/Appellees:**
**Union Pacific Corporation**
**Dallas Stutes**

**Merrick Walton**
**Attorney at Law**
**3515 Rice Boulevard**
**Houston, Texas 77005**
**(713) 665-8464**
**Counsel for Defendants/Appellees:**
**Union Pacific Corporation**
**Dallas Stutes**

**William B. Monk**
**Allyson E. Champagne**
**Kathleen T. Deanda**
**Stockwell, Sievert, Viccellio, Clements & Shaddock, L.L.P.**
**Post Office Box 2900**
**Lake Charles, Louisiana 70602**
**(337) 436-9491**
**Counsel for Defendants/Appellees:**
      **PPG Industries, Inc.**
      **A. L. Greathouse**
      **Tommy G. Brown**
      **W. J. Peard**

**KEATY, Judge.**

For the reasons set forth in the companion and consolidated case hereto, *Ned v. Union Pacific Corp.*, 14-1310 (La.App. 3 Cir. __/__/15), ___ So.3d ___, the trial court's judgment is affirmed.

**AFFIRMED.**